# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0093
Lower Tribunal No. F19-17802
_____

**James Sthubin,**

Appellant,

vs.

**The State of Florida,**

Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina M. Miranda, Judge.

Jarlens B. Princilis, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before LOGUE, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. State v. Shearod, 992 So. 2d 900, 903 (Fla. 2d DCA 2008)

("The existence of contradictory, conflicting testimony or evidence 'does not

warrant a judgment of acquittal because the weight of the evidence and the witnesses' credibility are questions solely for the jury.'") (quoting Fitzpatrick v. State, 900 So. 2d 495, 508 (Fla. 2005)).